UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: )<br>LUZ EDWARDS, )<br>v. )<br>MICHAEL CHERTOFF, as Director of Homeland )<br>Security; et. al. )<br>) | Case No. 08CV1795<br>JUDGE MAROVICH<br>MAGISTRATE JUDGE NOLAN |

NOTICE OF VOLUNTARY DISMISSAL

NOW COMES LUZ EDWARDS, Plaintiff, by and through her attorney, Mark M. Graham, Dominguez Law Firm, P.C., and, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, moves and gives notice of the Petitioner's Voluntary Dismissal of her Petition filed in the above captioned cause. In support, the following is stated:

1. Plaintiff Petitioner brought this cause of action for a Writ of Mandamus seeking the United States Citizenship and Immigration Service of the Department of Homeland Security to issue a decision with regard to Petitioner's Application for Naturalization (N-400).

2. Cause has yet to come before the Court;

3. Rule 41(a) allows voluntary dismissal without prejudice where a case has not proceeded to hearing or the Defendants have yet to file a reply;

4. Subsequent to filing her Petition herein, Plaintiff was interviewed by the U.S. Citizenship and Immigration Service and has been recommended for citizenship and has received naturalization;

5. As a consequence of the Service rendering a decision on Plaintiff's matter, her Petition for Mandamus is now moot.

WHEREFORE, Petitioner VOLUNTARILY DISMISSES her Petition and seeks to terminate proceedings herein.

Respectfully Submitted,
LUZ EDWARDS
BY: /s Mark M. Graham
Attorney for the Petitioner

Attorney for Plaintiff
Dominguez Law Firm P.C.
5801 West Roosevelt Road
Cicero, IL 60804
708-222-0200